# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131120

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANTHONY TYRONE JACKSON,
        Defendant-Appellant.
_____

SC: 131120
COA: 268122
Ingham CC: 01-077237-FC

On order of the Court, it appearing that counsel for defendant-appellant did not received noice of the entry of the order of November 29, 2006, that order is reissued this date. The order reads:

"On order of the Court, the application for leave to appeal the March 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D)."



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2007

Clerk